UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KEISHA TAYLOR | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CASE NO. 3:16-CV-00810-TBR |
| | ) |
| GLA COLLECTION CO., INC. | ) |
| | ) |
| Defendants | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that matters in controversy in the above-entitled cause of action involving the Plaintiff, Keisha Taylor, and the Defendant, GLA Collection Company, Incorporated, including all claims contained in Plaintiffs' Complaint as directed against the Defendant, GLA Collection Company, Incorporated, have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is

***ORDERED*** by the Court that this cause be and the same hereby is dismissed with Prejudice as to Defendant, GLA Collection Company, Incorporated, and said parties to pay their own costs.

SO ORDERED